**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1585**

———————

ESTEFANI JAMILET ABARCA AYALA,

>     Petitioner,

>     v.

MERRICK B. GARLAND, Attorney General,

>     Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  August 30, 2024                                Decided:  October 16, 2024

———————

Before GREGORY and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

**ON BRIEF:** Ivan Yacub, YACUB LAW OFFICES, LLC, Woodbridge, Virginia, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Shelley R. Goad, Assistant Director, Carmel A. Morgan, Senior Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Estefani Jamilet Abarca Ayala, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the Immigration Judge's denial of Abarca Ayala's applications for asylum and withholding of removal. We have reviewed the record and Abarca Ayala's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Abarca Ayala* (B.I.A. May 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2